**Order entered December 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01234-CV

### IN RE: BENNIE JOHN MURREY, Appellant

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR19-1141**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/      LESLIE OSBORNE
JUSTICE